AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

CATERPILLAR, INC.

V.

CHARLES WILHELM AND GLORIA WILHELM, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF MATTHEW CHARLES WILHELM, DECEASED,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2020

TO: (Name and address of Defendant)

GLORIA WILHELM
1047 LEOVILLE STREET
BOURBONNAIS, IL 60914

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DOUGLAS M. BELOFSKY
BELOFSKY & BELOFSKY, P.C.
33 NORTH DEARBORN STREET
SUITE 2330
CHICAGO, IL 60602

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

January 23, 2008
DATE

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

CATERPILLAR, INC.

V.

CHARLES WILHELM AND GLORIA WILHELM,
INDIVIDUALLY AND AS
ADMINISTRATORS OF THE ESTATE OF
MATTHEW CHARLES WILHELM, DECEASED,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2020

TO: (Name and address of Defendant)

CHARLES WILHELM
1047 LEOVILLE STREET
BOURBONNAIS, IL 60914

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DOUGLAS M. BELOFSKY
BELOFSKY & BELOFSKY, P.C.
33 NORTH DEARBORN STREET
SUITE 2330
CHICAGO, IL 60602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson                                                              January 23, 2008
CLERK

s/S. Johnson
(BY) DEPUTY CLERK