**E-FILED**
Wednesday, 13 February, 2008  03:28:08 PM
Clerk, U.S. District Court, ILCD

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL ———————  District of  ——————— ILLINOIS

CATERPILLAR, INC.

### SUMMONS IN A CIVIL ACTION

V.

CHARLES WILHELM AND GLORIA WILHELM,
INDIVIDUALLY AND AS
ADMINISTRATORS OF THE ESTATE OF       CASE NUMBER:   *08-2020*
MATTHEW CHARLES WILHELM, DECEASED,

TO: (Name and address of Defendant)

CHARLES WILHELM
1047 LEOVILLE STREET
BOURBONNAIS, IL 60914

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DOUGLAS M. BELOFSKY
BELOFSKY & BELOFSKY, P.C.
33 NORTH DEARBORN STREET
SUITE 2330
CHICAGO, IL 60602

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Pamela E. Robinson*                    *January 23, 2008*
_____                _____
CLERK                                   DATE

*S. Johnson*
_____
(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  *02-02-08* |
| NAME OF SERVER *(PRINT)*  *Terrance Dubois* | TITLE  *Private Investigator* |
| *Check one box below to indicate appropriate method of service* | |

☒ Served personally upon the defendant.  Place where served:
*1047 LEOVILLE ST.  -  BOURBONNAIS, IL*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *2-2-08*
　　　　　　　Date

*Signature of Server*

*P.O. Box 581 - Clifton, IL 60927*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF PROCESS SERVER

### IN THE CIRCUIT COURT OF THE          JUDICIAL CIRCUIT
### CENTRAL COUNTY,

Plaintiff :    **CATERPILLAR, INC.**

vs.

| Case Number  **082020** |
| --- |

Defendant :   **CHARLES WILHELM, ET AL**

---

## Personal Service

I,  **TERRANCE DUBOIS**

*First duly sworn on oath state that I am a citizen of the United States, over 18 years of age and not a party to this action.*

I served     **CHARLES WILHELM**

with the :   **SUMMONS AND COMPLAINT**

**By personally delivering copies to the person / authorized agent of entity being served.**

Person served: **CHARLES WILHELM**          Relationship / Title :  **SELF**

Approximate description :        Age: **58**      Sex: **MALE**        Race: **WHITE**

Served at : <u>Home</u>     **1047 LEOVILLE STREET**
                           **BOURBONNAIS, IL   60914**

DateServed:  **Saturday, February 02, 2008**          TimeServed:  **2:58 PM**

---

Subscribed and sworn to before me,
a notary public, this  7th  day of  Feb  2008

*NOTARY PUBLIC*

OFFICIAL SEAL
GLENN MARGEWICH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/28/09

117-001126

Signature of Process Server          License #

( 3.5 )                    Belofsky :                    DDA 61092                    Pd    Ky = Ke