AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

CATERPILLAR, INC.

V.

CHARLES WILHELM AND GLORIA WILHELM,
INDIVIDUALLY AND AS
ADMINISTRATORS OF THE ESTATE OF
MATTHEW CHARLES WILHELM, DECEASED,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2020

TO: (Name and address of Defendant)

GLORIA WILHELM
1047 LEOVILLE STREET
BOURBONNAIS, IL 60914

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DOUGLAS M. BELOFSKY
BELOFSKY & BELOFSKY, P.C.
33 NORTH DEARBORN STREET
SUITE 2330
CHICAGO, IL 60602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pamela E. Robinson          January 23, 2008
CLERK                        DATE

S. Johnson
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 02-02-08 |
| NAME OF SERVER (PRINT) TERRANCE DUBOIS | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: CHARLES WILHELM

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-2-08
                Date

Signature of Server

P.O. Box 581 - Clifton, IL 60927
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF PROCESS SERVER

IN THE CIRCUIT COURT OF THE     JUDICIAL CIRCUIT
CENTRAL COUNTY,

Plaintiff: **CATERPILLAR, INC.**

vs.

Case Number **082020**

Defendant: **CHARLES WILHELM, ET AL**

## Substitute Service

I, **TERRANCE DUBOIS**

First duly sworn on oath state that I am a citizen of the United States, over 18 years of age and not a party to this action.

I served    **GLORIA WILHELM**

with the: **SUMMONS AND COMPLAINT**

By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 13 years or older explaining the general nature of the papers. Thereafter copies of the documents were mailed by prepaid, first-class mail.

Person served: **CHARLES WILHELM**     Relationship / Title: **HUSBAND**

Approximate description:    Age: **58**    Sex: **MALE**    Race: **WHITE**

Served at: <u>Home</u>    **1047 LEOVILLE STREET**
**BOURBONNAIS, IL 60914**

DateServed: **Saturday, February 02, 2008**     TimeServed: **2:58 PM**

Subscribed and sworn to before me,
a notary public, this **7th** day of **Feb** 2008

NOTARY PUBLIC

OFFICIAL SEAL
GLENN MARGEWICH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/28/09

Signature of Process Server     License # 117-001126

(3.5)     Belofsky:     DDA 61093     Pd   Ky = Ke