IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CATERPILLAR, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| CHARLES WILHELM and GLORIA WILHELM, individually and as Administrators of the Estate of Matthew Charles Wilhelm, deceased, | ) ) ) ) | Case no. 08-2020 |
| Defendants. | ) ) | |

**ENTRY OF APPEARANCE AND**
**MOTION FOR EXTENSION OF TIME**

COME NOW Defendants Charles Wilhelm and Gloria Wilhelm, who have been sued individually and as administrators of the Estate of Matthew Charles Wilhelm, deceased, by one of their attorneys, Joseph W. Phebus of the firm of Phebus & Koester, and hereby enter their appearance and request an extension of time of 21 days to answer or otherwise plead in response to the Amended Complaint filed February 19, 2008, which was received by their attorneys by mail on February 21, 2008, and in support thereof, state:

1. The defendants first became aware of the suit upon receipt by mail of the initial complaint on February 7, 2008.

2. The defendants have not agreed to accept service by mail.

3. Service has not otherwise been made.

    CHARLES WILHELM and GLORIA WILHELM, individually and as Administrators of the Estate of Matthew Charles Wilhelm, deceased, Defendants, by one of their attorneys, Joseph W. Phebus of the firm of PHEBUS & KOESTER

    s/    J.W. PHEBUS
       J. W. PHEBUS
       Attorney for Defendants
       PHEBUS & KOESTER
       136 West Main Street
       Urbana, Illinois 61801
       Telephone: (217) 337-1400
       Fax: (217) 337-1607
       *jwphebus@phebuslaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on 21st day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Douglas Belofsky
>Attorney for Plaintiff
>BELOFSKY & BELOFSKY PC
>33 North Dearborn Street, Suite 2330
>Chicago, Illinois 60602
>Telephone: (312) 759-3737
>Fax: (312) 759-1262
>E-mail:  *Douglas@Belofsky.com*

>Lance R Minor
>Attorney for Plaintiff
>BELOFSKY & BELOFSKY PC
>33 North Dearborn Street, Suite 2330
>Chicago, Illinois 60602
>Telephone: (312) 759-3737
>Fax: (312) 759-1262
>E-mail:  *Lance@belofsky.com*

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

>David A Belofsky
>Attorney for Plaintiff
>BELOFSKY & BELOFSKY PC
>33 North Dearborn Street, Suite 2330
>Chicago, Illinois 60602
>Telephone: (312) 759-3737
>Fax: (312) 759-1262

>s/   J.W. PHEBUS
>J. W. PHEBUS
>Attorney for Plaintiff
>PHEBUS & KOESTER
>136 West Main Street
>Urbana, Illinois 61801
>Telephone:  (217) 337-1400
>Fax:  (217) 337-1607
>*jwphebus@phebuslaw.com*

*f:\docs\joe\wilhelm\entry.doc*