IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CATERPILLAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES WILHELM and GLORIA WILHELM, | ) | Case no. 08-2020 |
| individually and as Administrators of the Estate of | ) | |
| Matthew Charles Wilhelm, deceased, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' RULE 11.2 DESIGNATION OF LEAD COUNSEL**

COME NOW Defendants Charles Wilhelm and Gloria Wilhelm, who have been sued individually and as administrators of the Estate of Matthew Charles Wilhelm, deceased, and pursuant to Local Rule 11.2 hereby designate said Joseph W. Phebus as defendants' lead counsel in this cause.

CHARLES WILHELM and GLORIA WILHELM,
individually and as Administrators of the Estate of
Matthew Charles Wilhelm, deceased, Defendants,
by one of their attorneys, Joseph W. Phebus of the
firm of PHEBUS & KOESTER

s/    J.W. PHEBUS
J. W. PHEBUS
Attorney for Defendants
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone:  (217) 337-1400
Fax:  (217) 337-1607
*jwphebus@phebuslaw.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 21st day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

1

Douglas Belofsky
Attorney for Plaintiff
BELOFSKY & BELOFSKY PC
33 North Dearborn Street, Suite 2330
Chicago, Illinois 60602
Telephone: (312) 759-3737
Fax: (312) 759-1262
E-mail: *Douglas@Belofsky.com*

Lance R Minor
Attorney for Plaintiff
BELOFSKY & BELOFSKY PC
33 North Dearborn Street, Suite 2330
Chicago, Illinois 60602
Telephone: (312) 759-3737
Fax: (312) 759-1262
E-mail: *Lance@belofsky.com*

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

David A Belofsky
Attorney for Plaintiff
BELOFSKY & BELOFSKY PC
33 North Dearborn Street, Suite 2330
Chicago, Illinois 60602
Telephone: (312) 759-3737
Fax: (312) 759-1262

s/  J.W. PHEBUS
J. W. PHEBUS
Attorney for Plaintiff
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone: (217) 337-1400
Fax: (217) 337-1607
*jwphebus@phebuslaw.com*

*f:\docs\joe\wilhelm\designation lead.doc*