E-FILED
Monday, 10 March, 2008  04:06:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CATERPILLAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES WILHELM and GLORIA WILHELM, individually and as Administrators of the Estate of Matthew Charles Wilhelm, deceased, | ) ) ) ) ) | Case no. 08-2020 |
| | ) | |
| Defendants. | ) | |

**RULE 12(b)(6) MOTION TO DISMISS**
**DEFENDANTS CHARLES WILHELM AND GLORIA WILHELM,**
**INDIVIDUALLY**

COME NOW Defendants Charles Wilhelm and Gloria Wilhelm, individually, by their attorneys, Joseph W. Phebus and Ryan R. Bradley of the law firm of Phebus & Koester, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss the plaintiff's Amended Complaint as to them individually, and in support thereof state:

1.  They are sued as "parents of the decedent" by the defendant as sponsor and plan administrator of a benefit plan.

2.  They are not plan participants and accordingly are not bound by the terms and conditions of the plan and are not proper parties herein.

3.  Even if they were proper parties, the Amended Complaint against them should be dismissed for the reasons set forth in the Rule 12(b)(6) motion filed herein by the Estate of Charles Matthew Wilhelm.

4. The Amended Complaint in paragraph 17 purports to assert a claim against proceeds received under an insurance policy issued to Charles Wilhelm and Gloria Wilhelm. In that Charles Wilhelm and Gloria Wilhelm are not plan beneficiaries, the plaintiff cannot impose terms, conditions and limitations against benefits received by virtue of their private separate agreement with an insurance carrier, and accordingly, paragraph 17 and all portions of the Amended Complaint seeking to recover as to the proceeds of Charles Wilhelm and Gloria Wilhelm's insurance policy must be stricken.

5. Naming them individually as defendants is patently an attempt at harassment and intimidation and without existing legal support, and accordingly, sanctions should be entered against the plaintiff under Rule 11 for naming them individually as defendants.

    CHARLES WILHELM and GLORIA WILHELM, individually, Defendants, by one of their attorneys, Joseph W. Phebus of the firm of PHEBUS & KOESTER

s/  J.W. PHEBUS
    J. W. PHEBUS
    Attorney for Defendants
    PHEBUS & KOESTER
    136 West Main Street
    Urbana, Illinois 61801
    Telephone:  (217) 337-1400
    Fax:  (217) 337-1607
    *jwphebus@phebuslaw.com*

s/  RYAN R. BRADLEY
    RYAN R. BRADLEY
    Attorney for Defendants
    PHEBUS & KOESTER
    136 West Main Street
    Urbana, Illinois 61801
    Telephone:  (217) 337-1400
    Fax:  (217) 337-1607
    *jwphebus@phebuslaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Douglas Belofsky
>Attorney for Plaintiff
>BELOFSKY & BELOFSKY PC
>33 North Dearborn Street, Suite 2330
>Chicago, Illinois 60602
>Telephone: (312) 759-3737
>Fax: (312) 759-1262
>E-mail: *Douglas@Belofsky.com*

>Lance R Minor
>Attorney for Plaintiff
>BELOFSKY & BELOFSKY PC
>33 North Dearborn Street, Suite 2330
>Chicago, Illinois 60602
>Telephone: (312) 759-3737
>Fax: (312) 759-1262
>E-mail: *Lance@belofsky.com*

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

>David A Belofsky
>Attorney for Plaintiff
>BELOFSKY & BELOFSKY PC
>33 North Dearborn Street, Suite 2330
>Chicago, Illinois 60602
>Telephone: (312) 759-3737
>Fax: (312) 759-1262

>s/ J.W. PHEBUS
>J. W. PHEBUS
>Attorney for Plaintiff
>PHEBUS & KOESTER
>136 West Main Street
>Urbana, Illinois 61801
>Telephone: (217) 337-1400
>Fax: (217) 337-1607
>*jwphebus@phebuslaw.com*

*f:\docs\joe\wilhelm\mo dis individuallyl.doc*