E-FILED
Monday, 10 March, 2008  04:09:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CATERPILLAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES WILHELM and GLORIA WILHELM, individually and as Administrators of the Estate of Matthew Charles Wilhelm, deceased, | ) ) ) ) ) | Case no. 08-2020 |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR 12(B)(6) MOTION TO DISMISS THE COMPLAINT AGAINST THEM INDIVIDUALLY**

The plaintiff's complaint against the defendants Charles Wilhelm and Gloria Wilhelm individually ("the parents of the deceased") is so fatally flawed in its legal premises that it is destined to fail. Thus, to spare the parties to the action, as well as this court, the unnecessary burdens of pretrial and trial activities, the defendants have moved to dismiss the plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

The plaintiff's complaint attempts to sue Charles and Gloria Wilhelm ("Wilhelms") as, "the parents of the decedent." While the decedent Matthew Charles Wilhelm ("Matthew") was a group plan participant, the Wilhelms most certainly were not plan participants. Accordingly, The Wilhelms are not bound by the terms of the group plan and are not proper parties to this action in their individual roles as, "the parents of the deceased."

1

In fact, naming the Wilhelms individually in the first place is tantamount to harassment and intimidation and given the absence of any legal support cited by the plaintiff, sanctions should be entered against the plaintiff pursuant to Federal Rule of Civil Procedure 11.

    CHARLES WILHELM and GLORIA WILHELM, individually and as Administrators of the Estate of Matthew Charles Wilhelm, deceased, Defendants, by one of their attorneys, Joseph W. Phebus of the firm of PHEBUS & KOESTER

s/ J.W. PHEBUS
    J. W. PHEBUS
    Attorney for Defendants
    PHEBUS & KOESTER
    136 West Main Street
    Urbana, Illinois 61801
    Telephone: (217) 337-1400
    Fax: (217) 337-1607
    *jwphebus@phebuslaw.com*

s/ RYAN R. BRADLEY
    RYAN R. BRADLEY
    Attorney for Defendants
    PHEBUS & KOESTER
    136 West Main Street
    Urbana, Illinois 61801
    Telephone: (217) 337-1400
    Fax: (217) 337-1607
    *rbradley@phebuslaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Douglas Belofsky
>Attorney for Plaintiff
>BELOFSKY & BELOFSKY PC
>33 North Dearborn Street, Suite 2330
>Chicago, Illinois 60602
>Telephone: (312) 759-3737
>Fax: (312) 759-1262
>E-mail:  *Douglas@Belofsky.com*

>Lance R Minor
>Attorney for Plaintiff
>BELOFSKY & BELOFSKY PC
>33 North Dearborn Street, Suite 2330
>Chicago, Illinois 60602
>Telephone: (312) 759-3737
>Fax: (312) 759-1262
>E-mail:  *Lance@belofsky.com*

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

>David A Belofsky
>Attorney for Plaintiff
>BELOFSKY & BELOFSKY PC
>33 North Dearborn Street, Suite 2330
>Chicago, Illinois 60602
>Telephone: (312) 759-3737
>Fax: (312) 759-1262

>>s/  J.W. PHEBUS
>>J. W. PHEBUS
>>Attorney for Plaintiff
>>PHEBUS & KOESTER
>>136 West Main Street
>>Urbana, Illinois 61801
>>Telephone:  (217) 337-1400
>>Fax:  (217) 337-1607
>>*jwphebus@phebuslaw.com*

F:\DOCS\JOE\WILHELM\memo supp 12 b 6 2.doc