E-FILED
Tuesday, 18 March, 2008  02:57:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CATERPILLAR INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:08-CV-02020-MPM-DGP |
| | ) | |
| CHARLES WILHELM AND GLORIA | ) | |
| WILHELM, INDIVIDUALLY AND AS | ) | |
| ADMINISTRATORS OF THE ESTATE OF | ) | |
| MATTHEW CHARLES WILHELM, DECEASED, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO RULE 12(b)(6)
MOTION TO DISMISS FILED BY DEFENDANTS CHARLES
AND GLORIA WILHELM IN THEIR INDIVIDUAL CAPACITIES**

NOW COMES Plaintiff, Caterpillar, Inc., by and through its counsel of record, and pursuant to Local Rule 6.1 moves this Honorable Court for an extension of time to file its response to the Rule 12(b)(6) Motion to Dismiss (the "Wilhelms' Motion to Dismiss") filed by Defendants, Charles and Gloria Wilhelm, through and including the due date for Plaintiff's response to the motion to dismiss that is going to be filed by Defendant, the Estate of Matthew Charles Wilhelm. In support of this Motion, Plaintiff avers as follows:

1. The Wilhelms' Motion to Dismiss was filed on March 10, 2008. Pursuant to Local Rule 7.1(B)(2), Plaintiff's response brief is due to be filed on or before March 24, 2008.

2. The Wilhelms' Motion to Dismiss incorporates by reference "the Rule 12(b)(6) motion filed herein by the Estate of Charles Matthew Wilhelm" (the "Estate's Motion to Dismiss"). Wilhelms' Motion to Dismiss ¶ 3.

3.  Counsel for Plaintiff spoke with counsel for Defendants on Friday, March 14, 2008 and was advised that the Estate's Motion to Dismiss was being prepared and should be filed soon. Since the Wilhelms' Motion to Dismiss incorporates the Estate's Motion to Dismiss, Plaintiff does not currently have the ability to respond to all of the issues raised by Defendants.

4.  Plaintiff requests that it be granted an extension of time to file its response to the Wilhelms' Motion to Dismiss through and including the date that it will be required to respond to the Estate's Motion to Dismiss.

5.  Counsel for Defendants has no objection to the relief requested herein.

WHEREFORE, Plaintiff, Caterpillar, Inc. prays that this Honorable Court grant it an extension of time to file its response to the Rule 12(b)(6) Motion to Dismiss filed by Defendants, Charles and Gloria Wilhelm, through and including the due date for its response to the motion to dismiss that is going to be filed by Defendant, the Estate of Matthew Charles Wilhelm.

Respectfully submitted,

Caterpillar, Inc.


By:  /s/ Lance R. Minor
     One of its Attorneys

David A. Belofsky
Douglas M. Belofsky
Lance R. Minor
Belofsky & Belofsky, P.C.
33 North Dearborn Street
Suite 2330
Chicago, Illinois 60602
312.759.3737

**CERTIFICATE OF SERVICE**

  Lance R. Minor, an attorney duly authorized to practice law in the United States District Court for the Central District of Illinois, certifies that he caused a copy of PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO RULE 12(b)(6) MOTION TO DISMISS FILED BY DEFENDANTS CHARLES AND GLORIA WILHELM IN THEIR INDIVIDUAL CAPACITIES to be filed with the Court's CM/ECF system on March 18, 2008.

               /s/ Lance R. Minor
               Lance R. Minor