IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CATERPILLAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES WILHELM and GLORIA WILHELM, individually and as Administrators of the Estate of Matthew Charles Wilhelm, deceased, | ) ) ) ) ) | Case no. 08-2020 |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT IN SUPPORT OF
DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS**

Charles Wilhelm, being first duly sworn, deposes and states as follows:

1.  He is an adult, under no legal disability, and competent to testify to the matters set forth herein.

2.  He is the duly appointed and acting co-administrator of the Estate of Matthew Charles Wilhelm.

3.  As to the Indiana Insurance Company policy, policy no. PLP M408457, as to which the plaintiff is attempting to obtain funds received under the underinsured motorist endorsement, that he and his spouse, the co-administrator, Gloria Wilhelm, were at all times the sole owners of the policy.  At no time was Matthew Charles Wilhelm an owner of the policy.

4.  All premiums for the coverage under the policy were paid by either himself or Gloria Wilhelm.

1

5. Attached hereto as Exhibit 1 is a copy of the declaration page of the policy.

Affiant further saith not.

s/CHARLES WILHELM<br>CHARLES WILHELM

COUNTY OF CHAMPAIGN   )
STATE OF ILLINOIS           )

SUBSCRIBED and SWORN to before me,
the undersigned Notary Public, this
24th  day of March, 2008.

  s/Tammy A. Cleary
   Notary Public

# CERTIFICATE OF SERVICE

I, Joseph W. Phebus, hereby certify that on the 27th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas Belofsky
Attorney for Plaintiff
BELOFSKY & BELOFSKY PC
33 North Dearborn Street, Suite 2330
Chicago, Illinois 60602
Telephone: (312) 759-3737
Fax: (312) 759-1262
E-mail:  *Douglas@Belofsky.com*

Lance R. Minor
Attorney for Plaintiff
BELOFSKY & BELOFSKY PC
33 North Dearborn Street, Suite 2330
Chicago, Illinois 60602
Telephone: (312) 759-3737
Fax: (312) 759-1262
E-mail:  *Lance@belofsky.com*

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

David A Belofsky  
Attorney for Plaintiff  
BELOFSKY & BELOFSKY PC  
33 North Dearborn Street, Suite 2330  
Chicago, Illinois 60602  
Telephone: (312) 759-3737  
Fax: (312) 759-1262  

          s/ J.W. PHEBUS  
          J. W. PHEBUS  
          Attorney for Plaintiff  
          PHEBUS & KOESTER  
          136 West Main Street  
          Urbana, Illinois 61801  
          Telephone: (217) 337-1400  
          Fax: (217) 337-1607  
          *jwphebus@phebuslaw.com*

*f:\docs\joe\wilhelm\aff supp mo.doc*



rming a part of

olicy Number: PLP M408457

overage Is Provided In   INDIANA INSURANCE COMPANY

| Named Insured: | Agent: |
|---|---|
| CHARLES WILHELM<br>GLORIA WILHELM | ACORDIA |
|  | Agent Code: 0012313    Agent Phone: (217)-398-4400 |

## PERSONAL AUTO COVERAGE

### ------- PREMIUM SUMMARY -------

| Reason for Transaction | RENEWAL | Base Coverage Premium | $ | 1,506.00 |
|---|---|---|---|---|
| Transaction Effective Date | 01/22/2006 | Additional Coverage Premium | $ | 75.00 |
| Premium For This Transaction | $ 1,318.00 | Credits and Debits | $ | -263.00 |
|  |  | Total Coverage Premium | $ | 1,318.00 |

### ------- VEHICLES COVERED -------

| Veh | Yr | Make | Model | Vehicle ID Number | Sym | Type | St Amt | C/New |
|---|---|---|---|---|---|---|---|---|
| 001 | 1999 | OLDS | INTRIGUEGL | 1G3WS52H6XF350597 | 10 |  |  |  |
| 002 | 2002 | CHEV | S10 PICKUP | 1GCCS19W228182437 | 14 |  |  |  |
| 003 | 2003 | OLDS | SILHOETGLS | 1GHDX03E73D259659 | 12 |  |  |  |

### ------- BASE COVERAGES AND PREMIUMS -------

surance is provided where a premium entry is shown for the coverage.

| IABILITY COVERAGES | Limits of Liability |  | Premium |  |  |
|---|---|---|---|---|---|
|  |  |  | VEH 001 | VEH 002 | VEH 003 |
| Bodily Injury | $ | 500,000 Each Person and |  |  |  |
|  | $ | 500,000 Each Accident | $ 73.00 | $ 73.00 | $ 106.00 |
| Property Damage | $ | 500,000 Each Accident | $ 65.00 | $ 65.00 | $ 95.00 |
| Medical Payments | $ | 5,000 Each Person | $ 27.00 | $ 27.00 | $ 39.00 |
| Uninsured Motorist Bodily | $ | 500,000 Each Person and |  |  |  |
| Injury | $ | 500,000 Each Accident | $ 72.00 | $ 71.00 | $ 71.00 |
| Underinsured Motorist Bodily | $ | 500,000 Each Person and |  |  |  |
| Injury | $ | 500,000 Each Accident | $ 15.00 | $ 15.00 | $ 15.00 |

| HYSICAL DAMAGE COVERAGES | Limits of Liability |  |  | Premium |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | VEH 001 | VEH 002 | VEH 003 |
| Other Than Collision | Actual Cash Value |  |  | $ 37.00 | $ 62.00 | $ 81.00 |
|  | VEH 001 | VEH 002 | VEH 003 |  |  |  |
| Less Deductible of: | $ 100 | $ 100 | $ 100 |  |  |  |
| Collision | Actual Cash Value |  |  | $ 101.00 | $ 152.00 | $ 214.00 |
|  | VEH 001 | VEH 002 | VEH 003 |  |  |  |
| Less Deductible of: | $ 500 | $ 500 | $ 500 |  |  |  |
| Towing and Labor |  |  |  | $ 10.00 | $ 10.00 | $ 10.00 |
|  | VEH 001 | VEH 002 | VEH 003 |  |  |  |
| Limit per Disablement: | $ 50 | $ 50 | $ 50 |  |  |  |

### ------- ADDITIONAL COVERAGES AND PREMIUMS -------

| Veh | Title | Premium |
|---|---|---|
| 001 | PERSONAL AUTO ULTRA PLUS | $ 25.00 |
| 002 | PERSONAL AUTO ULTRA PLUS | $ 25.00 |

DEFENDANT'S EXHIBIT 1

(07/00)

## PERSONAL AUTO COVERAGE     (continued)

------ ADDITIONAL COVERAGES AND PREMIUMS ------

| Veh | Title | | Premium |
|---|---|---|---|
| 003 | PERSONAL AUTO ULTRA PLUS | $ | 25.00 |

------ CREDITS AND DEBITS ------

| Veh | Title | | Premium |
|---|---|---|---|
| 001 | PASSIVE RESTRAINT DISCOUNT | $ | -8.00 |
| 001 | PERSONAL PROTECTOR CREDIT | $ | -63.00 |
| 002 | PASSIVE RESTRAINT DISCOUNT | $ | -8.00 |
| 002 | PERSONAL PROTECTOR CREDIT | $ | -75.00 |
| 003 | PASSIVE RESTRAINT DISCOUNT | $ | -12.00 |
| 003 | PERSONAL PROTECTOR CREDIT | $ | -97.00 |

------ VEHICLE PREMIUM SUMMARY ------

| Veh | Base Premium | Additional Coverages | Credits and Debits | Total Premium |
|---|---|---|---|---|
| 001 | $ 400.00 | $ 25.00 | $ -71.00 | $ ~~354~~ 354.00 |
| 002 | $ 475.00 | $ 25.00 | $ -83.00 | $ ~~421~~ 417.00 |
| 003 | $ 631.00 | $ 25.00 | $ -109.00 | $ ~~549~~ 547.00 |
| | | | Total Coverage Premium | $ ~~1,324~~ 1,318.00 |

------ DRIVER INFORMATION ------

GS = Good Student Discount          DT = Driver Training Discount

| Veh | Driver | License Number | St | Op | DOB | M/F | M/S | GS | DT |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 02 GLORIA WILHELM | W44528149956 | IL | P | 12/15/1949 | F | M | N | N |
| 002 | 01 CHARLES WILHELM | W44515349180 | IL | P | 06/25/1949 | M | M | N | N |
| 003 | 03 MATTHEW WILHELM | W44554381082 | IL | O | 03/20/1981 | M | S | Y | Y |

------ RATING INFORMATION ------

| Veh | Class | | Use | Miles | Days | St | Territory | Multi-Car |
|---|---|---|---|---|---|---|---|---|
| 001 | 810120 | 11 | PLEASURE | | 5 | IL | 036 | Y |
| 002 | 810120 | 11 | PLEASURE | | 5 | IL | 036 | Y |
| 003 | 855620 | 11 | PLEASURE | | 5 | IL | 036 | Y |

------ ALTERNATE GARAGING ------

All vehicles are garaged at the policy mailing address shown above, except as follows:

| Veh | Location |
|---|---|
| 000 | 804 LASELL DR |
| | CHAMPAIGN IL 61820 |

------ FORMS AND ENDORSEMENTS ------

Your insurance is comprised of the following forms:

| Veh | Form No. | Ed. Date | Veh | Form No. | Ed. Date | Veh | Form No. | Ed. Date |
|---|---|---|---|---|---|---|---|---|
| ALL | PP0303 | 0486 | ALL | PP0450 | 0686 | ALL | PP0447 | 0196 |
| ALL | 90-504U | 0197 | ALL | PP0001 | 0694 | ALL | 90-1IL | 0303 |
| ALL | PP1301 | 1299 | | | | | | |

Date Issued: 12/02/2005