# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| CATERPILLAR INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-CV-02020-MPM-DGP |
| ) | |
| CHARLES WILHELM AND GLORIA ) | |
| WILHELM, INDIVIDUALLY AND AS ) | |
| ADMINISTRATORS OF THE ESTATE OF ) | |
| MATTHEW CHARLES WILHELM, DECEASED, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE RULE 12(b)(6) MOTIONS TO DISMISS FILED BY DEFENDANTS CHARLES AND GLORIA WILHELM IN THEIR INDIVIDUAL AND REPRESENTATIVE CAPACITIES

NOW COMES Plaintiff, Caterpillar, Inc., by and through its counsel of record, and pursuant to Local Rule 6.1 moves this Honorable Court for a two week extension of time to file its responses to the Rule 12(b)(6) motions to dismiss filed by Defendants, Charles Wilhelm, Gloria Wilhelm and the Estate of Matthew Charles Wilhelm, through and including April 21, 2008. In support of this Motion, Plaintiff avers as follows:

1. On March 10, 2008, Defendants Charles and Gloria Wilhelm (the "Wilhelms"), filed a motion to dismiss in their individual capacity (the "First Motion to Dismiss"). (Docket No. 9)

2. On March 19, 2008, the Wilhelms filed another motion to dismiss in their capacity as administrators of the Estate of Matthew Charles Wilhelm (the "Second Motion to Dismiss"). (Docket No. 12)

3.	Because the First Motion to Dismiss incorporated the Second Motion to Dismiss, this Court granted Plaintiff's motion for extension of time to respond to the First Motion to Dismiss (Docket No. 11) and ordered that Plaintiff's responses to the two motions to dismiss would be due on the same date, April 7, 2008.  See Text Order entered March 19, 2008.

4.	Plaintiff has been diligently working on its responses to the two motions dismiss.  However, due to the number of issues raised in the two motions to dismiss, it will be unable to complete the responses by April 7, 2008.

5.	Plaintiff requests that it be granted a two week extension of time, through and including April 21, 2008, to file its responses to Defendants' motions to dismiss.

6.	Counsel for Plaintiff has conferred with counsel for Defendants who has no objection to the relief requested herein.

WHEREFORE, Plaintiff, Caterpillar, Inc. prays that this Honorable Court grant it a two week extension of time to file its responses to the motions to dismiss filed by Defendants, Charles Wilhelm, Gloria Wilhelm and the Estate of Matthew Charles Wilhelm, through and including April 21, 2008.

        Respectfully submitted,

        Caterpillar, Inc.


        By:   /s/ Lance R. Minor
               One of its Attorneys

David A. Belofsky
Douglas M. Belofsky
Lance R. Minor
Belofsky & Belofsky, P.C.
33 North Dearborn Street
Suite 2330
Chicago, Illinois 60602
312.759.3737

**CERTIFICATE OF SERVICE**

      Lance R. Minor, an attorney duly authorized to practice law in the United States District Court for the Central District of Illinois, certifies that he caused a copy of PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE RULE 12(b)(6) MOTIONS TO DISMISS FILED BY DEFENDANTS CHARLES AND GLORIA WILHELM IN THEIR INDIVIDUAL AND REPRESENTATIVE CAPACITIES to be filed with the Court's CM/ECF system on April 4, 2008.

                                            /s/ Lance R. Minor
                                              Lance R. Minor