IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CATERPILLAR, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES WILHELM and GLORIA WILHELM, individually and as Administrators of the Estate of Matthew Charles Wilhelm, deceased, | ) Case no. 08-2020 ) ) ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW
BY ONE OF DEFENDANTS' ATTORNEYS**

COMES NOW Ryan R. Bradley and hereby asks leave of Court to withdraw his appearance in this cause, and in support thereof states that he will no longer be employed with the firm of Phebus & Koester as of April 11, 2008, and Joseph W. Phebus of Phebus & Koester will continue to represent plaintiff.

WHEREFORE, Ryan R. Bradley respectfully requests that this Court grant leave for the withdrawal of his appearance in this cause.

s/Ryan R. Bradley
Ryan R. Bradley
PHEBUS & KOESTER
136 West Main Street
Post Office Box 1008
Urbana, Illinois  61801
Telephone:  (217) 337-1400
Facsimile:  (217) 337-1607

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Douglas Belofsky
    Attorney for Plaintiff
    BELOFSKY & BELOFSKY PC
    33 North Dearborn Street, Suite 2330
    Chicago, Illinois 60602
    Telephone: (312) 759-3737
    Fax: (312) 759-1262
    E-mail:  *Douglas@Belofsky.com*

    Lance R. Minor
    Attorney for Plaintiff
    BELOFSKY & BELOFSKY PC
    33 North Dearborn Street, Suite 2330
    Chicago, Illinois 60602
    Telephone: (312) 759-3737
    Fax: (312) 759-1262
    E-mail:  *Lance@belofsky.com*

and I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

    David A Belofsky
    Attorney for Plaintiff
    BELOFSKY & BELOFSKY PC
    33 North Dearborn Street, Suite 2330
    Chicago, Illinois 60602
    Telephone: (312) 759-3737
    Fax: (312) 759-1262

                                                     s/ Ryan R. Bradley
                                                     Ryan R. Bradley
                                                     PHEBUS & KOESTER
                                                     136 West Main Street
                                                     Post Office Box 1008
                                                     Urbana, Illinois  61801
                                                     Telephone:  (217) 337-1400
                                                     Facsimile:  (217) 337-1607

f:\docs\joe\lapp\mo to withdraw hp.doc