IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CATERPILLAR INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:08-CV-02020-MPM-DGP |
| | ) | |
| CHARLES WILHELM AND GLORIA WILHELM, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF MATTHEW CHARLES WILHELM, DECEASED, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S COMBINED MOTION FOR
EXTENSION OF TIME TO RESPOND TO RULE 12(b)(6) MOTIONS TO
DISMISS FILED BY DEFENDANTS CHARLES AND GLORIA WILHELM IN
THEIR INDIVIDUAL AND REPRESENTATIVE CAPACITIES AND MOTION
FOR EXTENSION OF TIME TO SERVE ITS INITIAL RULE 26(a) DISCLOSURES**

NOW COMES Plaintiff, Caterpillar, Inc., by and through its counsel of record, and pursuant to Local Rule 6.1 moves this Honorable Court for an extension of time to file its responses to the Rule 12(b)(6) motions to dismiss filed by Defendants, Charles Wilhelm, Gloria Wilhelm and the Estate of Matthew Charles Wilhelm, and serve its initial Rule 26(a) disclosures, through and including May 5, 2008.  In support of this Motion, Plaintiff avers as follows:

1.     On March 10, 2008, Defendants Charles and Gloria Wilhelm (the "Wilhelms"), filed a motion to dismiss in their individual capacity (the "First Motion to Dismiss").  (Docket No. 9)

2.     On March 19, 2008, the Wilhelms filed another motion to dismiss in their capacity as administrators of the Estate of Matthew Charles Wilhelm (the "Second Motion to Dismiss").  (Docket No. 12)

3. Because the First Motion to Dismiss incorporated the Second Motion to Dismiss, this Court granted Plaintiff's motion for extension of time to respond to the First Motion to Dismiss (Docket No. 11) and ordered that Plaintiff's responses to the two motions to dismiss would be due on the same date, April 7, 2008. See Text Order entered March 19, 2008.

4. Plaintiff was diligently working on its responses to the two motions dismiss. However, due to the number of issues raised in the two motions to dismiss, it was going to be unable to complete the responses by April 7, 2008. Plaintiff timely filed an unopposed motion for extension of time to file its response briefs on April 4, 2008 (Docket No. 14). This Court granted the motion for extension on April 14, 2008. See Text Order entered April 14, 2008.

5. Also, Plaintiff's initial Rule 26(a) disclosures were due to be served on or before April 10, 2008.

6. Plaintiff continued to work on its response brief and its initial disclosures. However, two of Plaintiff's counsel recently had a death in the family. Accordingly, Plaintiff has been unable to complete its response briefs or its initial disclosures.

7. Plaintiff requests that it be granted an extension of time, through and including May 5, 2008, to file its responses to Defendants' motions to dismiss and serve its initial disclosures upon Defendants.

8. Counsel for Plaintiff attempted to confer with counsel for Defendants prior to filing this Motion but was informed that counsel for Defendants was out of the office for the day.

WHEREFORE, Plaintiff, Caterpillar, Inc., prays that this Honorable Court grant it an extension of time to file its responses to the motions to dismiss filed by Defendants, Charles Wilhelm, Gloria Wilhelm and the Estate of Matthew Charles Wilhelm, and to serve its initial Rule 26(a) disclosures, through and including May 5, 2008.

                        Respectfully submitted,

                        Caterpillar, Inc.


                        By:   /s/ Lance R. Minor
                                One of its Attorneys

David A. Belofsky
Douglas M. Belofsky
Lance R. Minor
Belofsky & Belofsky, P.C.
33 North Dearborn Street
Suite 2330
Chicago, Illinois 60602
312.759.3737

**CERTIFICATE OF SERVICE**

      Lance R. Minor, an attorney duly authorized to practice law in the United States District Court for the Central District of Illinois, certifies that he caused a copy of PLAINTIFF'S COMBINED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE RULE 12(b)(6) MOTIONS TO DISMISS FILED BY DEFENDANTS CHARLES AND GLORIA WILHELM IN THEIR INDIVIDUAL AND REPRESENTATIVE CAPACITIES AND MOTION FOR EXTENSION OF TIME TO SERVE ITS INITIAL RULE 26(a) DISCLOSURES to be filed with the Court's CM/ECF system on April 21, 2008.

                                                      /s/ Lance R. Minor
                                                        Lance R. Minor