IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CATERPILLAR INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:08-CV-02020-MPM-DGP |
| | ) | |
| CHARLES WILHELM AND GLORIA | ) | |
| WILHELM, INDIVIDUALLY AND AS | ) | |
| ADMINISTRATORS OF THE ESTATE OF | ) | |
| MATTHEW CHARLES WILHELM, DECEASED, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF RULE 26(f) PLANNING MEETING**

NOW COMES Plaintiff, Caterpillar, Inc., by and through its counsel of record, and Defendants, Charles Wilhelm and Gloria Wilhelm, individually and as administrators of the Estate of Matthew Charles Wilhelm, Deceased, the parties having conferred on March 14, 2008, and various times thereafter, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon:

1. Parties will exchange initial written discovery requests by May 9, 2008. Parties will complete non-expert discovery by August 29, 2008.

2. The deadline for amendment of pleadings and joining additional parties is September 12, 2008.

3. Plaintiff shall disclose experts and provide expert reports by October 3, 2008. Plaintiff shall make any such experts available for deposition by November 1, 2008.

4. Defendants shall disclose experts and provide expert reports by November 20, 2008. Defendants shall make any such experts available for deposition by December 18, 2009.

5. All discovery, including depositions of experts, is to be completed by December 18, 2009.

6. The deadline for filing case dispositive motions shall be January 31, 2009.

Respectfully submitted,

| Plaintiff, | Defendants, |
|---|---|
| Caterpillar, Inc., | Charles Wilhelm and Gloria Wilhelm, individually and as administrators of the Estate of Matthew Charles Wilhelm, Deceased, |

By: __/s/ Lance R. Minor__    By: __/s/ Joseph W. Phebus__
    One of its Attorneys        One of their Attorneys

| David A. Belofsky | Joseph W. Phebus |
| Douglas M. Belofsky | Phebus & Koester |
| Lance R. Minor | 136 West Main Street |
| Belofsky & Belofsky, P.C. | Urbana, Illinois 61801 |
| 33 North Dearborn Street | 217.337.1400 |
| Suite 2330 | |
| Chicago, Illinois 60602 | |
| 312.759.3737 | |

## **ORDER**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below:

The matter is scheduled for a *telephone status conference* before _____ _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ _____ on _____. (Case No. 2:08-CV-02020-MPM-DGP).

## **CERTIFICATE OF SERVICE**

  Lance R. Minor, an attorney duly authorized to practice law in the United States District Court for the Central District of Illinois, certifies that he caused a copy of REPORT OF RULE 26(f) PLANNING MEETING to be filed with the Court's CM/ECF system on April 24, 2008.

                /s/ Lance R. Minor
                Lance R. Minor