**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| CATERPILLAR, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 08-2020 |
| CHARLES WILHELM and ) | |
| GLORIA WILHELM, individually and as ) | |
| Administrator of the Estate of ) | |
| Matthew Charles Wilhelm, deceased, ) | |
| ) | |
| **Defendants.** ) | |

# DISCOVERY ORDER

    A discovery conference was held **April 24, 2008,** pursuant to FED. R. CIV. P. 16 and CDIL-LR Rule 16.2(A).  The conference was held by telephone conference call pursuant to CDIL-LR Rule 16.2(C).   Plaintiff was represented by David A. Belofsky and Lance R. Minor. Defendants were represented by Joseph W. Phebus.  The progress of discovery to date was discussed.  Deadlines were proposed by counsel and approved by the Court.

    **WHEREFORE, IT IS ORDERED:**

    1.  Parties will exchange initial written discovery requests by **May 9, 2008**, and will complete non-expert discovery by **August 29, 2008.**

    2.  The deadline for amendment of pleadings is **September 12, 2008.**

    3.  The deadline for joining additional parties is **September 12, 2008.**

    4.  Plaintiff shall disclose experts and provide expert reports by **October 3, 2008.** Plaintiff shall make any such experts available for deposition by **November 1, 2008.**

    5.  Defendants shall disclose experts and provide expert reports by **November 20, 2008.** Defendants shall make any such experts available for deposition by **December 18, 2009.**

    6.  All discovery, including deposition of experts, is to be completed by **December 18, 2009.**

    7.  The deadline for filing case dispositive motions shall be **January 31, 2009.**

    8.  The matter is scheduled for *final pretrial conference* by personal appearance before the

Honorable Michael P. McCuskey, Chief U.S. District Judge, on **May 29, 2009, at 1:15 p.m.**

9. The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **June 8, 2009, at 9:00 a.m. (approx. 1-2 days) (Case No. 1).**

ENTER this 29th day of April, 2008.

                                                  s/ DAVID G. BERNTHAL
                                                  U.S. MAGISTRATE JUDGE