E-FILED
Friday, 30 May, 2008  09:21:07 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CATERPILLAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-2020 |
| ) | |
| CHARLES WILHELM and GLORIA ) | |
| WILHELM, individually and as ) | |
| Administrators of the Estate of Matthew ) | |
| Charles Wilhelm, deceased, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE**
**REPLY BRIEF OR IN THE ALTERNATIVE FOR ORAL ARGUMENT**

COME NOW Defendants Charles Wilhelm, et al., by one of their attorneys, Joseph W. Phebus of the law firm of Phebus & Koester, and move for leave of court to file a reply brief in regard to the Defendants' Rule 12(b)(6) Motions to Dismiss and in support thereof states:

1. The plaintiff's brief in opposition to the Motions to Dismiss cites various cases, all of which are factually and/or legally distinguishable and are not controlling as to the real issues before this court.

2. For the court's aid and convenience, the defendants request an opportunity to file a reply brief discussing the various cases cited by the plaintiff.

3. Alternatively, defendants request oral argument so they will have an opportunity to explain why the cases cited by the plaintiff are not controlling as to the real issues before the court.

CHARLES WILHELM and GLORIA
WILHELM, individually and as Administrators

1

      of the Estate of Matthew Charles Wilhelm, deceased, Defendants, by one of their attorneys, Joseph W. Phebus of the firm of PHEBUS & KOESTER

      s/   J.W. PHEBUS
         J. W. PHEBUS
         Attorney for Defendants
         PHEBUS & KOESTER
         136 West Main Street
         Urbana, Illinois 61801
         Telephone: (217) 337-1400
         Fax: (217) 337-1607
         *jwphebus@phebuslaw.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Douglas Belofsky
    Attorney for Plaintiff
    BELOFSKY & BELOFSKY PC
    33 North Dearborn Street, Suite 2330
    Chicago, Illinois 60602
    Telephone: (312) 759-3737
    Fax: (312) 759-1262
    E-mail: *Douglas@Belofsky.com*

    Lance R. Minor
    Attorney for Plaintiff
    BELOFSKY & BELOFSKY PC
    33 North Dearborn Street, Suite 2330
    Chicago, Illinois 60602
    Telephone: (312) 759-3737
    Fax: (312) 759-1262
    E-mail: *Lance@belofsky.com*

    David A Belofsky
    Attorney for Plaintiff
    BELOFSKY & BELOFSKY PC
    33 North Dearborn Street, Suite 2330
    Chicago, Illinois 60602
    Telephone: (312) 759-3737

Fax: (312) 759-1262
E-mail: *david@belofsky.com*

                                          s/ J.W. PHEBUS
                                              J. W. PHEBUS
                                              Attorney for Defendants
                                              PHEBUS & KOESTER
                                              136 West Main Street
                                              Urbana, Illinois 61801
                                              Telephone: (217) 337-1400
                                              Fax: (217) 337-1607
                                              *jwphebus@phebuslaw.com*

*f:\docs\joe\wilhelm\mo leave.doc*