IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CATERPILLAR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-2020 |
| ) | |
| CHARLES WILHELM and GLORIA WILHELM, ) | |
| individually and as Administrators of the Estate of ) | |
| Matthew Charles Wilhelm, deceased, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE TO PRODUCE AND
## NOTICE OF DEPOSITION

Pursuant to Rule 30 of the Federal Rules of Civil Procedure Plaintiff is hereby notified to produce for deposition an individual knowledgeable as to the Benefit Plan file of Matthew Charles Wilhelm **at 1:30 p.m. CDST on August 28, 2008 at the offices of Phebus & Koester, 136 West Main Street, Urbana, Illinois**, before a notary public or other officer authorized to administer oaths by the laws of this state pursuant to Illinois Supreme Court Rules.

Defendant is notified to produce at that time the Benefits Plan's complete file as to Matthew Charles Wilhelm.

Tentative court reporter arrangements have been made with Area Wide Reporting Service, 301 W. White, Champaign, Illinois.

DATED this 15th day of August, 2008.

                                                CHARLES WILHELM and GLORIA WILHELM, individually and as Administrators of the Estate of Matthew Charles Wilhelm, deceased, Defendants, by one of their attorneys, Joseph W. Phebus of the firm of PHEBUS & KOESTER

                                                s/   J. W. PHEBUS
                                                   J. W. PHEBUS
                                                   Attorney for Defendants
                                                   PHEBUS & KOESTER
                                                   136 West Main Street
                                                   Urbana, Illinois 61801
                                                   Telephone:  (217) 337-1400
                                                   Fax:  (217) 337-1607
                                                   *jwphebus@phebuslaw.com*

## CERTIFICATE OF SERVICE

I, JOSEPH W. PHEBUS, certify I served this Notice of Deposition by mailing a copy to:

Douglas Belofsky
Lance R. Minor
Attorneys for Plaintiff
BELOFSKY & BELOFSKY PC
33 North Dearborn Street, Suite 2330
Chicago, Illinois 60602

at Urbana, Illinois, at approximately 5:00 p.m. on August 15, 2008, with proper postage prepaid.

s/ J.W. PHEBUS
J. W. PHEBUS
Attorney for Defendants
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone: (217) 337-1400
Fax: (217) 337-1607
jwphebus@phebuslaw.com

Attorney for Defendants
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone: (217) 337-1400
Fax: (217) 337-1607
jwphebus@phebuslaw.com

*f:\docs\joe\wilhelm\ntc dep plan admin2.doc*