E-FILED
Tuesday, 16 September, 2008  03:27:55 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| CATERPILLAR, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08-CV-2020 |
| GLORIA WILHELM and ) | |
| CHARLES WILHELM, individually and as ) | |
| Administrator of the Estate of ) | |
| Matthew Charles Wilhelm, deceased, ) | |
| Defendant. ) | |

## ORDER

Reports and Recommendations (#24), (#25) were filed by the Magistrate Judge in the above cause on July 28, 2008. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#24), (#25) are accepted by this court.

(2) The Rule 12(b)(6) Motions to Dismiss (#9), (#12) filed by Defendants Charles Wilhelm and Gloria Wilhelm, individually and as Administrators of the Estate of Matthew Charles Wilhelm, deceased, are DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 16th day of September, 2008

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE